

# NUMBER 13-15-00075-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **JUAN MANUEL ALFARO,** | **Appellant,** |
| **v.** | |
| **THE STATE OF TEXAS,** | **Appellee.** |

### On appeal from the 389th District Court
### of Hidalgo County, Texas.

# ORDER TO FILE APPELLATE BRIEF

### Before Justices Garza, Benavides, and Longoria
### Order Per Curiam

This cause is currently before the Court on appellant's third unopposed motion for extension of time to file the brief. The clerk's record was filed on April 10, 2015, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court has previously granted appellant two extensions of time totaling 155

days to file the brief, and appellant now seeks an additional 60 days, until December 14, 2015, to file the brief.

The Court GRANTS IN PART and DENIES IN PART appellant's third motion for extension of time. This motion is GRANTED insofar as the Court will extend appellant's deadline to file his brief until November 23, 2015. This motion is DENIED insofar as the Court will not allow an extension until December 14, 2015. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
4th day of November, 2015.